# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| IVAN JIMENEZ, *et al.*, | * |
| | * |
| Appellants, | * |
| | * |
| v. | *    Case No. 23-10073 |
| | * |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * |
| | * |
| Appellees. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPENING BRIEF

Appellants hereby request a one-month extension of the deadline for filing their Opening Brief, until 26 July 2023. This Brief is due 26 June 2023.[1] Appellees do not oppose this Motion.

Appellants have good cause to request this extension. The undersigned is on a prescheduled family vacation from 19 June-1 July, and already has several deadlines in district, circuit, and administrative proceedings in the first three weeks of July.

---

[1] The Court's 25 May 2023 states that Appellants' Opening Brief is due "30 days from the entry of this order," which is 24 June 2023. Under Federal Rule of Appellate Procedure 26(a)(1)(C), the deadline is accordingly the following Monday.

This is the second extension requested for this Brief.[2]

Date: May 30, 2023

                    Respectfully submitted,

                    /s/ Kelly B. McClanahan
                    Kelly B. McClanahan, Esq.
                    D.C. Bar #984704
                    National Security Counselors
                    4702 Levada Terrace
                    Rockville, MD  20853
                    301-728-5908
                    240-681-2189 fax
                    Kel@NationalSecurityLaw.org

                    *Counsel for Appellants*

---

[2] However, the first extension was only requested for the purposes of filing a dispositive motion. (*See* ECF No. 17-1.)

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 265 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

 /s/ Kelly B. McClanahan  
Kelly B. McClanahan, Esq.
