# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10073

_____

IVAN JIMENEZ,
JUAN MACHADO,
JOSE MUNOZ,
GUILLERMO SENCION,
MIGUEL VASQUEZ,

                                                   Plaintiffs-Appellants,

*versus*

DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF STATE,

                                                   Defendants-Appellees.

2                              Order of the Court                              23-10073

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-21546-DPG

ORDER:

The motion for an extension of time to and including July 26, 2023 to file Appellants' initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE