UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| IVAN JIMENEZ, *et al.*, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | Case No. 23-10073 |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE OPENING BRIEF**

Appellants hereby request a 44-day extension of the deadline for filing their Opening Brief, until 8 September 2023. This Brief is due 24 July 2023. Appellees do not oppose this Motion.

Appellants have good cause to request this extension. The undersigned learned today that he will need to have several medical appointments in the near future which will adversely affect his ability to work on this and other cases. Additionally, he will be out of town for a week in August due to a recent family medical issue. Accordingly, he has been required to reschedule several other briefs which are due in the next month, including this one.

This is the third extension requested for this Brief.[1]

Date: July 19, 2023

        Respectfully submitted,

        /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellants*

---

[1] However, the first extension was only requested for the purposes of filing a dispositive motion. (*See* ECF No. 17-1.)

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 246 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
