# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| IVAN JIMENEZ, *et al.*, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | Case No. 23-10073 |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANTS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS GUILLERMO SENCION AND ASSOCIATED CLAIMS

Appellants respectfully move this Court to voluntarily dismiss Appellant Guillermo Sención ("Sención") from this case and to dismiss the portions of the appeal pertaining solely to Counts 3, 6, and 9 of the Complaint. Appellees do not oppose the dismissal of Sención and take no position on the dismissal of the three cited counts.

Appellants have good cause to request this relief. Sención has resolved the immigration matter about which he sought records from Appellees, and he accordingly has no further need for the requested information. Therefore, it would be a waste of judicial resources to argue and then adjudicate disputes which, if Appellants prevailed, would only yield information no longer needed by the relevant requester. For this reason, both Appellants Ivan Jiménez and Sención

agree to voluntarily dismiss the three counts pertaining to requests for information about Sención.

Date: September 9, 2023

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Appellants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 266 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
