UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| IVAN JIMENEZ, *et al.*, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | Case No. 23-10073 |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### APPELLANTS' UNOPPOSED *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPENING BRIEF

Appellants hereby request a retroactive one-day extension of the deadline for filing their Opening Brief, until 9 September 2023. This Brief was due 8 September and was filed as ECF No. 31 on 9 September. Appellees take no position on this Motion.

Appellants have good cause to request this extension. The undersigned was required to spend several hours on Friday with a car mechanic to resolve an intermittent and inconsistent issue from a traffic accident, which severely impacted his ability to complete work on the Brief by the midnight deadline. He was able to complete the substantive work by approximately 1:00 AM on 9 September, but could not finalize the Brief until Saturday evening due to existing responsibilities during the day. He apologizes to the Court for not requesting this extension earlier,

but he did not know until Friday that he would need one, and he held out hope until the end that he could complete the work by midnight. After filing the Brief, the undersigned emailed Appellees' counsel to ascertain the Government's position on this Motion, and he then waited to receive a response before filing the Motion.

This is the fourth and final extension requested for this Brief.[1]

Date: September 11, 2023

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan
                                              Kelly B. McClanahan, Esq.
                                              D.C. Bar #984704
                                              National Security Counselors
                                              4702 Levada Terrace
                                              Rockville, MD  20853
                                              301-728-5908
                                              240-681-2189 fax
                                              Kel@NationalSecurityLaw.org

                                              *Counsel for Appellants*

---

[1] However, the first extension was only requested for the purposes of filing a dispositive motion. (*See* ECF No. 17-1.)

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 351 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
