UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| IVAN JIMENEZ, *et al.*, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | Case No. 23-10073 |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANTS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS
GUILLERMO SENCION AND ASSOCIATED CLAIMS**

Appellants respectfully move this Court to voluntarily dismiss Appellant Guillermo Sención ("Sención") from this case and to dismiss the portions of the appeal pertaining solely to Counts 3, 6, and 9 of the Complaint. Appellees do not oppose the dismissal of Sención and take no position on the dismissal of the three cited counts.

Appellants have good cause to request this relief. Sención has resolved the immigration matter about which he sought records from Appellees, and he accordingly has no further need for the requested information. Therefore, it would be a waste of judicial resources to argue and then adjudicate disputes which, if Appellants prevailed, would only yield information no longer needed by the relevant requester. For this reason, both Appellants Ivan Jiménez and Sención

agree to voluntarily dismiss the three counts pertaining to requests for information about Sención.

Date: September 9, 2023

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing filing contains 266 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)

Jiménez   *vs.*   DHS   Appeal No. 23-10073

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Bahr, David A.

Department of Homeland Security

Department of State

Eggleston, Jill A.

Fajardo Orshan, Hon. Ariana

Gayles, Hon. Darrin P.

Gonzalez, Juan Antonio

Holzer, James V. M. L.

Immigration and Customs Enforcement

Jiménez, Iván

Rev.: 12/20

C-1 of 2

Knopf, Andrew Franklin

Lapointe, Markenzy

Machado, Juan

Matzkin, Daniel

McClanahan, Kelly B.

Muñoz, José

National Security Counselors, Inc.

Office of Biometric Identity Management

Otazo-Reyes, Hon. Alicia M.

Panuccio, Brittany

Paul Knopf Bigger PLLC

Perez, Karina

Pineiro, Fernando

Raurell, Carlos

Rubio, Lisa Tobin

Stein, Eric F.

United States Citizenship and Immigration Services

Vásquez, Miguel

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2023, I filed the foregoing with the Court's Electronic Case Filing system, causing a copy to be served via electronic mail on Appellees' counsel of record.

Date: September 9, 2023

                                            Respectfully submitted,

                                            /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.
                                            D.C. Bar #984704
                                            National Security Counselors
                                            4702 Levada Terrace
                                            Rockville, MD  20853
                                            301-728-5908
                                            240-681-2189 fax
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Appellants*