# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| IVAN JIMENEZ, *et al.*, | |
| Appellants, | |
| v. | Case No. 23-10073 |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Appellees. | |

## APPELLANTS' UNOPPOSED *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPENING BRIEF

Appellants hereby request a retroactive one-day extension of the deadline for filing their Opening Brief, until 9 September 2023. This Brief was due 8 September and was filed as ECF No. 31 on 9 September. Appellees take no position on this Motion.

Appellants have good cause to request this extension. The undersigned was required to spend several hours on Friday with a car mechanic to resolve an intermittent and inconsistent issue from a traffic accident, which severely impacted his ability to complete work on the Brief by the midnight deadline. He was able to complete the substantive work by approximately 1:00 AM on 9 September, but could not finalize the Brief until Saturday evening due to existing responsibilities during the day. He apologizes to the Court for not requesting this extension earlier,

but he did not know until Friday that he would need one, and he held out hope until the end that he could complete the work by midnight. After filing the Brief, the undersigned emailed Appellees' counsel to ascertain the Government's position on this Motion, and he then waited to receive a response before filing the Motion.

This is the fourth and final extension requested for this Brief.[1]

Date: September 11, 2023

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan
                                             Kelly B. McClanahan, Esq.
                                             D.C. Bar #984704
                                             National Security Counselors
                                             4702 Levada Terrace
                                             Rockville, MD  20853
                                             301-728-5908
                                             240-681-2189 fax
                                             Kel@NationalSecurityLaw.org

                                             *Counsel for Appellants*

---

[1] However, the first extension was only requested for the purposes of filing a dispositive motion. (*See* ECF No. 17-1.)

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 351 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)

Jiménez  *vs.*  DHS     Appeal No. 23-10073

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court.  **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Bahr, David A.

Department of Homeland Security

Department of State

Eggleston, Jill A.

Fajardo Orshan, Hon. Ariana

Gayles, Hon. Darrin P.

Gonzalez, Juan Antonio

Holzer, James V. M. L.

Immigration and Customs Enforcement

Jiménez, Iván

Rev.: 12/20

C-1 of 2

Knopf, Andrew Franklin

Lapointe, Markenzy

Machado, Juan

Matzkin, Daniel

McClanahan, Kelly B.

Muñoz, José

National Security Counselors, Inc.

Office of Biometric Identity Management

Otazo-Reyes, Hon. Alicia M.

Panuccio, Brittany

Paul Knopf Bigger PLLC

Perez, Karina

Pineiro, Fernando

Raurell, Carlos

Rubio, Lisa Tobin

Stein, Eric F.

United States Citizenship and Immigration Services

Vásquez, Miguel

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2023, I filed the foregoing with the Court's Electronic Case Filing system, causing a copy to be served via electronic mail on Appellees' counsel of record.

Date: September 11, 2023

                                             Respectfully submitted,

                                             /s/ Kelly B. McClanahan
                                             Kelly B. McClanahan, Esq.
                                             D.C. Bar #984704
                                             National Security Counselors
                                             4702 Levada Terrace
                                             Rockville, MD  20853
                                             301-728-5908
                                             240-681-2189 fax
                                             Kel@NationalSecurityLaw.org

                                             *Counsel for Appellants*