# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 20, 2023

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  23-10073-CC
Case Style:  Ivan Jimenez, et al v. Department of Homeland Security, et al
District Court Docket No:  1:19-cv-21546-DPG

The referenced appeal was dismissed.

Appellants motion to reinstate this appeal has been granted by the clerk.

Appellees brief is due 30 days from the date of this letter.

Appellants appendix is due 7 days from the date of this letter.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
|---|---|---|---|
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

REINST-2 Clerk Reinst_Mot Granted

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

————————————

No. 23-10073-CC

————————————

IVAN JIMENEZ,
JUAN MACHADO,
JOSE MUNOZ,
GUILLERMO SENCION,
MIGUEL VASQUEZ,

                                        Plaintiffs - Appellants,

versus

DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF STATE,

                                        Defendants - Appellees.

———————————————————————————————

Appeal from the United States District Court
for the Southern District of Florida

———————————————————————————————


ORDER: The motion to reinstate appeal is GRANTED. The appeal is reinstated by the clerk, effective September 20, 2023.



DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                        FOR THE COURT - BY DIRECTION