# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| IVAN JIMENEZ, *et al.*, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | Case No. 23-10073 |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANTS' NOTICE OF RENEWAL

Pursuant to the Court's 20 September 2023 Order, Appellants hereby provide notice that Appellants' Unopposed Motion to Voluntarily Dismiss Giullermo Sención and Associated Claims, DE 30-1, should be renewed.

Date: September 20, 2023

                                                      Respectfully submitted,

                                                      /s/ Kelly B. McClanahan
                                                    Kelly B. McClanahan, Esq.
                                                    D.C. Bar #984704
                                                    National Security Counselors
                                                    4702 Levada Terrace
                                                    Rockville, MD  20853
                                                    301-728-5908
                                                    240-681-2189 fax
                                                    Kel@NationalSecurityLaw.org

                                                    *Counsel for Appellants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 149 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
