IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **23-10073-CC**

Ivan Jimenez, et al.,

Appellants,

- versus -

U.S. Department of Homeland Security, et al.,

Appellees.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

SUPPLEMENTAL APPENDIX FOR THE UNITED STATES

Markenzy Lapointe
United States Attorney
Attorney for Appellee
99 N.E. 4th Street
Miami, Florida 33132-2111
(561) 209-1053

Daniel Matzkin
Chief, Appellate Division

Brittany Bull Panuccio
Assistant United States Attorney

Of Counsel

# INDEX OF SUPPLEMENTAL APPENDIX

**Docket/Tab #**

District Court Docket Sheet (19-cv-21546-DPG)  ………………………     A

Defendant's Unopposed Motion for 30-Day Extension of
Time to Respond to Plaintiff's Complaint  ……………………………     DE 12

Paperless Order Granting Defendant's Unopposed Motion for
30-Day Extension of Time to Respond to Plaintiff's Complaint  ………..     DE 14

Certificate of Service

TAB A

12/18/23, 12:53 PM        advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp…

CourtLink® (Dockets)    USCA Case: 23-10073     Document: 48     Date Filed: 12/19/2023     Page: 4 of 27

**Document:** 1:19cv21546, Jimenez Et Al V. Department Of Homeland Security Et Al

---

### 1:19cv21546, Jimenez Et Al V. Department Of Homeland Security Et Al

US District Court Docket

United States District Court, Florida Southern

(Miami)

Update Now

**This case was retrieved on 12/17/2023**

▼Header

| | |
|---|---|
| **Case Number:** 1:**19cv21546** | **Class Code:** Closed |
| **Date Filed:** 04/23/2019 | **Closed:** 03/03/2022 |
| **Assigned To:** Judge Darrin P. Gayles | **Statute:** 05:0552 |
| **Referred To:** Magistrate Judge Alicia M. Otazo-Reyes | **Jury Demand:** None |
| **Nature of Suit:** FOIA (895) | **Demand Amount:** $0 |
| **Cause:** Freedom of Information Act | **NOS Description:** FOIA |
| **Lead Docket:** None | |
| **Other Docket:** USCA, 23-10073-CC | |
| **Jurisdiction:** U.S. Government Defendant | |

▼Participants

| Litigants | Attorneys |
|---|---|
| Ivan Jimenez | Kelly McClanahan |
| **Plaintiff** | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | National Security Counselors |
| | 4702 Levada Terrace |
| | Rockville, MD 20853 |
| | USA |
| | 301-728-5908 Email:Kel@nationalsecuritylaw.Org |
| | |
| | Andrew Franklin Knopf |
| | ATTORNEY TO BE NOTICED |
| | Paul Knopf Bigger |
| | 1560 N. Orange Avenue Suite 300 |
| | Winter Park, FL 32789 |
| | USA |
| | 407-622-2111 Email:Andrew@pkblawfirm.Com |

12/18/23, 12:53 PM      advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USCA11 Case: 23-10073     Document: 48     Date Filed: 12/19/2023     Page: 5 of 27

| Litigants | Attorneys |
|---|---|
| Juan MacHado | Kelly McClanahan |
| **Plaintiff** | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | National Security Counselors |
| | 4702 Levada Terrace |
| | Rockville, MD 20853 |
| | USA |
| | 301-728-5908 Email:Kel@nationalsecuritylaw.Org |
| | |
| | Andrew Franklin Knopf |
| | ATTORNEY TO BE NOTICED |
| | Paul Knopf Bigger |
| | 1560 N. Orange Avenue Suite 300 |
| | Winter Park, FL 32789 |
| | USA |
| | 407-622-2111 Email:Andrew@pkblawfirm.Com |
| Jose Munoz | Kelly McClanahan |
| **Plaintiff** | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | National Security Counselors |
| | 4702 Levada Terrace |
| | Rockville, MD 20853 |
| | USA |
| | 301-728-5908 Email:Kel@nationalsecuritylaw.Org |
| | |
| | Andrew Franklin Knopf |
| | ATTORNEY TO BE NOTICED |
| | Paul Knopf Bigger |
| | 1560 N. Orange Avenue Suite 300 |
| | Winter Park, FL 32789 |
| | USA |
| | 407-622-2111 Email:Andrew@pkblawfirm.Com |
| Guillermo Sencion | Kelly McClanahan |
| **Plaintiff** | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | National Security Counselors |
| | 4702 Levada Terrace |
| | Rockville, MD 20853 |
| | USA |
| | 301-728-5908 Email:Kel@nationalsecuritylaw.Org |
| | |
| | Andrew Franklin Knopf |
| | ATTORNEY TO BE NOTICED |
| | Paul Knopf Bigger |
| | 1560 N. Orange Avenue Suite 300 |
| | Winter Park, FL 32789 |
| | USA |
| | 407-622-2111 Email:Andrew@pkblawfirm.Com |
| Miguel Vasquez | Kelly McClanahan |
| **Plaintiff** | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | National Security Counselors |
| | 4702 Levada Terrace |
| | Rockville, MD 20853 |
| | USA |

12/18/23, 12:53 PM       advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USCA11 Case: 23-10073     Document: 48     Date Filed: 12/19/2023     Page: 6 of 27

Litigants                                          Attorneys

                                                   301-728-5908 Email:Kel@nationalsecuritylaw.Org


                                                   Andrew Franklin Knopf

                                                   ATTORNEY TO BE NOTICED

                                                   Paul Knopf Bigger

                                                   1560 N. Orange Avenue Suite 300

                                                   Winter Park, FL 32789

                                                   USA

                                                   407-622-2111 Email:Andrew@pkblawfirm.Com

Department of Homeland Security                    Carlos Javier Raurell

**Defendant**                                      LEAD ATTORNEY;ATTORNEY TO BE NOTICED

                                                   United States Attorney's Office

                                                   99 Ne 4 Street

                                                   Miami, FL 33132

                                                   USA

                                                   305-961-9243 Fax: 305-530-7139 Email:Carlos.Raurell@usdoj.Gov

Department of State                                Carlos Javier Raurell

**Defendant**                                      LEAD ATTORNEY;ATTORNEY TO BE NOTICED

                                                   United States Attorney's Office

                                                   99 Ne 4 Street

                                                   Miami, FL 33132

                                                   USA

                                                   305-961-9243 Fax: 305-530-7139 Email:Carlos.Raurell@usdoj.Gov


▼Proceedings

Retrieve Document(s)

| | Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|---|
| ☐ | Free | 1 | 04/23/2019 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number 113C-11580435, filed by Guillermo Sencion, Ivan Jimenez, Jose Munoz, Juan Machado, Miguel Vasquez. (Attachments: # 1 Summon(s) DHS, # 2 Summon(s) DOS, # 3 Summon(s) AG, # 4 Summon(s) USA-SDFL, # 5 Civil Cover Sheet)(Knopf, Andrew) (Entered: 04/23/2019) | |
| | | 2 | 04/23/2019 | Clerks Notice of Judge Assignment to Judge Darrin P. Gayles. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Alicia M. Otazo-Reyes is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (pcs) (Entered: 04/23/2019) | |
| ☐ | Online | 3 | 04/23/2019 | Summons Issued as to Department of State, U.S. Attorney and U.S. Attorney General (pcs) (Entered: 04/23/2019) | |
| | | 4 | 04/23/2019 | Clerks Notice to Filer re: Summons(es) cannot be issued. Summons NOT issued for the following reason - Incomplete Address for Department of Homeland Security. (pcs) (Entered: 04/23/2019) | |

12/18/23, 12:53 PM                    advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp…

USCA11 Case: 23-10073    Document: 48    Date Filed: 12/19/2023    Page: 7 of 27

| | Availability | | Date | Proceeding Text | | Page |
|---|---|---|---|---|---|---|
| | | 5 | 04/23/2019 | NOTICE OF COURT PRACTICE. Unless otherwise specified by the Court, every motion shall be double-spaced in Times New Roman 12-point typeface. Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position. If conflicts of position exist, parties shall explain the conflicts in their separate motions. Failure to comply with ANY of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the striking of the motion or dismissal of this action. Signed by Judge Darrin P. Gayles (isc) (Entered: 04/23/2019) | | |
| ☐ | Online | 6 | 04/24/2019 | Summons Issued as to Department of Homeland Security (pcs) (Entered: 04/24/2019) | | |
| ☐ | Free | 7 | 04/26/2019 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for KellyMcClanahan. Filing Fee $ 75.00 Receipt # 113C-11590697 by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 5/10/2019 (Attachments: # 1 Text of Proposed Order Proposed Order on Motion for PHV)(Knopf, Andrew) (Entered: 04/26/2019) | | |
| | | 8 | 04/29/2019 | ENDORSED ORDER granting 7 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Kelly McClanahan is permitted to appear before this Court on behalf of Plaintiffs for all purposes relating to this action. The clerk is directed to provide Notice of Electronic Filings to Mr. McClanahan at Kel@NationalSecurityLaw.org. Signed by Judge Darrin P. Gayles (isc) (Entered: 04/29/2019) | | |
| ☐ | Online | 9 | 05/09/2019 | ACKNOWLEDGMENT OF SERVICE as to 1 Complaint, filed by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Knopf, Andrew) (Entered: 05/09/2019) | | |
| ☐ | Online | 10 | 05/09/2019 | NOTICE of Striking 9 Acknowledgment of Service filed by Jose Munoz, Guillermo Sencion, Ivan Jimenez, Miguel Vasquez, Juan Machado by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez (Knopf, Andrew) (Entered: 05/09/2019) | | |
| ☐ | Online | 11 | 05/09/2019 | SUMMONS (Affidavit) Returned Executed by Guillermo Sencion, Ivan Jimenez, Jose Munoz, Juan Machado, Miguel Vasquez. Department of Homeland Security served on 5/3/2019, answer due 7/2/2019; Department of State served on 5/3/2019, answer due 7/2/2019. (Knopf, Andrew) (Entered: 05/09/2019) | | |
| ☐ | Free | 12 | 05/22/2019 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint, by Department of Homeland Security, Department of State. Attorney Carlos Javier Raurell added to party Department of Homeland Security(pty:dft), Attorney Carlos Javier Raurell added to party Department of State(pty:dft). (Raurell, Carlos) (Entered: 05/22/2019) | | |
| ☐ | Online | 13 | 05/22/2019 | Unopposed MOTION for ECF Access for Pro Hac Vice Counsel by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 05/22/2019) | | |
| | | 14 | 05/24/2019 | PAPERLESS ORDER granting 12 Defendant's Unopposed Motion for 30-day Extension of Time to Respond to Plaintiffs' Complaint. In light of Defendant's representations in the Motion, this case shall be administratively closed. The parties shall file a status report on or before | | |

12/18/23, 12:53 PM    advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp…

USCA11 Case: 23-10073    Document: 48    Date Filed: 12/19/2023    Page: 8 of 27

| | Availability | Date | Proceeding Text | Usage |
|---|---|---|---|---|
| | | | July 3, 2019, advising the Court as to Defendant's progress in providing Plaintiffs with the requested documents. The parties shall continue to file status reports with the Court every sixty (60) days thereafter. Either party may move to reopen when warranted. Signed by Judge Darrin P. Gayles (lfn) (Entered: 05/24/2019) | |
| | | 15  05/24/2019 | PAPERLESS Administrative Order Closing Case pursuant to the Court's 14 Order. Signed by Judge Darrin P. Gayles (lfn) (Entered: 05/24/2019) | |
| | | 16  05/24/2019 | PAPERLESS ORDER denying 13 Plaintiffs' Unopposed Motion for ECF Access for Pro Hac Vice Counsel. Signed by Judge Darrin P. Gayles (lfn) (Entered: 05/24/2019) | |
| ☐ | Free | 17  07/03/2019 | STATUS REPORT regarding Defending Agencies' Processing of Plaintiffs' FOIA Requests by Department of Homeland Security, Department of State (Raurell, Carlos) (Entered: 07/03/2019) | |
| ☐ | Free | 18  03/27/2020 | STATUS REPORT Regarding Underlying FOIA Requests by Department of Homeland Security, Department of State (Raurell, Carlos) (Entered: 03/27/2020) | |
| ☐ | Online | 19  06/01/2020 | STATUS REPORT (THIRD) regarding underlying FOIA requests by Department of Homeland Security, Department of State (Raurell, Carlos) (Entered: 06/01/2020) | |
| ☐ | Online | 20  06/03/2020 | NOTICE by Department of State re 19 Status Report (THIRD) (Raurell, Carlos) (Entered: 06/03/2020) | |
| | | 21  06/04/2020 | PAPERLESS ORDER Setting Status Conference: Telephonic Status Conference set for 10:00 A.M. on June 10, 2020, before Judge Darrin P. Gayles. Counsel shall enter their appearances telephonically using the following dial-in information: Dial-in Number 888-273-3658; Access Code 7032614; Security Code 5170. Please dial in at least ten minutes before the Status Conference begins and wait until your case is called. Signed by Judge Darrin P. Gayles (jsi) (Entered: 06/04/2020) | |
| | | 22  06/10/2020 | PAPERLESS Minute Entry for proceedings held before Judge Darrin P. Gayles: Status Conference held on June 10, 2020. Attorney Appearances: Carlos Javier Raurell and Kelly McClanahan. Court Reporter: Patricia Diaz, 305-523-5178 / Patricia_Diaz@flsd.uscourts.gov. (jsi) (Entered: 06/10/2020) | |
| | | 23  06/10/2020 | PAPERLESS ORDER. As set forth during the Status Conference on June 10, 2020, the parties shall submit their fourth Joint Status Report and a proposed amended scheduling order on or before July 10, 2020. All other requirements of submitting status reports shall be superseded by this Order. Signed by Judge Darrin P. Gayles (jsi) (Entered: 06/10/2020) | |
| ☐ | Online | 24  07/10/2020 | Unopposed MOTION for Extension of Time to file Fourth Status Report and Proposed Schedule re 23 Administrative Order, by Department of Homeland Security, Department of State. Responses due by 7/24/2020 (Raurell, Carlos) (Entered: 07/10/2020) | |
| | | 25  07/13/2020 | PAPERLESS ORDER granting 24 Defendants' Unopposed Motion for Two-Week Extension of Time to File Fourth Status Report and Joint Scheduling Report. The parties shall file their Fourth Status Report and Joint Scheduling Report on or before July 24, 2020. Signed by Judge Darrin P. Gayles (jsi) (Entered: 07/13/2020) | |
| ☐ | Free | 26  07/23/2020 | STATUS REPORT (JOINT) and Proposed Briefing Schedule by Department of Homeland Security, Department of State (Raurell, Carlos) (Entered: | |

12/18/23, 12:53 PM      advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp…

USCA11 Case: 23-10073     Document: 48     Date Filed: 12/19/2023     Page: 9 of 27

| | Availability | | Date | Proceeding Text | | Usage |
|---|---|---|---|---|---|---|
| | | | | 07/23/2020) | | |
| ☐ | Free | 27 | 08/17/2020 | ORDER - It is Ordered and Adjudged that the parties proposed briefing schedule detailed in the Fourth Joint Status Report and Proposed Briefing Schedule, [ECF No. 26], is ADOPTED. Signed by Judge Darrin P. Gayles on 8/17/2020. See attached document for full details. (scn) (Entered: 08/17/2020) | | |
| ☐ | Online | 28 | 10/07/2020 | Unopposed MOTION for Leave to File Excess Pages in Consolidated Motion for Summary Judgment by Department of Homeland Security, Department of State. (Raurell, Carlos) (Entered: 10/07/2020) | | |
| ☐ | Free | 29 | 10/07/2020 | Defendant's MOTION for Summary Judgment by Department of Homeland Security, Department of State. Responses due by 10/21/2020 (Attachments: # 1 Exhibit Holzer Declaration, # 2 Exhibit Eggleston Declaration, # 3 Exhibit Stein Declaration, # 4 Appendix Exhibits to Stein Declaration)(Raurell, Carlos) (Main Document 29 replaced on 4/15/2021) (ra). (Attachment 1 replaced on 4/15/2021) (ra). (Attachment 2 replaced on 4/15/2021) (ra). (Attachment 3 replaced on 4/15/2021) (ra). (Attachment 4 replaced on 4/15/2021) (ra). (Entered: 10/07/2020) | | |
| ☐ | Free | 30 | 10/07/2020 | Statement of: Undisputed Facts by Department of Homeland Security, Department of State re 29 Defendant's MOTION for Summary Judgment (Raurell, Carlos) (Entered: 10/07/2020) | | |
| | | 31 | 10/08/2020 | PAPERLESS ORDER granting 28 Defendants' Unopposed Motion for Leave to File Excess Pages in Their Motion for Summary Judgment. Defendants may file a motion for summary judgment that is no more than thirty (30) pages in length.Clerks Notice: Filer must separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Judge. Signed by Judge Darrin P. Gayles (jsi) (Entered: 10/08/2020) | | |
| ☐ | Free | 32 | 10/21/2020 | Notice of Supplemental Authority re 29 Defendant's MOTION for Summary Judgment by Department of Homeland Security, Department of State (Attachments: # 1 Exhibit Spadaro v. US Customs and Border Protection, No. 19-1157 (2d Cir. Oct. 20, 2020)) (Raurell, Carlos) (Entered: 10/21/2020) | | |
| ☐ | Online | 33 | 11/16/2020 | Unopposed Nunc Pro Tunc MOTION to Amend/Correct 27 Order, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 11/30/2020 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) Modified Text on 11/17/2020 (ls). (Entered: 11/16/2020) | | |
| | | 34 | 11/19/2020 | PAPERLESS ORDER granting 33 Plaintiffs' Unopposed Nunc Pro Tunc Motion to Modify Scheduling Order. The Court finds good cause to amend the current 27 Scheduling Order. The parties shall adhere to following amended deadlines:1. Plaintiffs shall file their response to Defendants' Motion(s) for Summary Judgment and/or any cross Motion(s) for Summary Judgment on or before December 8, 2020;2. Defendants shall file their Reply in Support of their Motion(s) for Summary Judgment and Response(s) to any cross Motion(s) for Summary Judgment on or before January 8, 2021;3. Plaintiffs shall file their Reply in Support of any cross Motion(s) for Summary Judgment on or before January 29, 2021; Signed by Judge Darrin P. Gayles (jsi) (Entered: 11/19/2020) | | |
| ☐ | Online | 35 | 12/08/2020 | Unopposed MOTION to Amend/Correct 34 Order on Motion to Amend/Correct,,, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo | | |

12/18/23, 12:53 PM                    advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp…

USCA11 Case: 23-10073      Document: 48      Date Filed: 12/19/2023      Page: 10 of 27

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | Sencion, Miguel Vasquez. Responses due by 12/22/2020 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 12/08/2020) | |
| | 36 | 12/09/2020 | PAPERLESS ORDER granting 35 Plaintiffs' Consent Motion to Modify Scheduling Order. The Court finds good cause to amend the current 27 Scheduling Order, as amended. The parties shall adhere to following amended deadlines:1. Plaintiffs shall file their response to Defendants' Motion(s) for Summary Judgment and/or any cross Motion(s) for Summary Judgment on or before January 8, 2021;2. Defendants shall file their Reply in Support of their Motion(s) for Summary Judgment and Response(s) to any cross Motion(s) for Summary Judgment on or before February 8, 2021; and3. Plaintiffs shall file their Reply in Support of any cross Motion(s) for Summary Judgment on or before March 2, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 12/09/2020) | |
| ☐ Online | 37 | 01/08/2021 | Consent MOTION to Amend/Correct 36 Order on Motion to Amend/Correct,,, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 1/22/2021 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 01/08/2021) | |
| | 38 | 01/14/2021 | PAPERLESS ORDER granting 37 Plaintiffs' Consent Motion to Modify Scheduling Order. The Court finds good cause to amend the current 27 Scheduling Order, as amended. The parties shall adhere to following amended deadlines:1. Plaintiffs shall file their response to Defendants' Motion(s) for Summary Judgment and/or any cross Motion(s) for Summary Judgment on or before January 29, 2021;2. Defendants shall file their Reply in Support of their Motion(s) for Summary Judgment and Response(s) to any cross Motion(s) for Summary Judgment on or before March 1, 2021; and3. Plaintiffs shall file their Reply in Support of any cross Motion(s) for Summary Judgment on or before March 23, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 01/14/2021) | |
| ☐ Online | 39 | 01/29/2021 | Consent MOTION to Amend/Correct 38 Order on Motion to Amend/Correct,,, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 2/12/2021 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 01/29/2021) | |
| | 40 | 02/03/2021 | PAPERLESS ORDER granting 39 Plaintiffs' Consent Motion to Modify Scheduling Order. The Court finds good cause to amend the current 27 Scheduling Order, as amended. The parties shall adhere to following amended deadlines:1. Plaintiffs shall file their response to Defendants' Motion(s) for Summary Judgment and/or any cross Motion(s) for Summary Judgment on or before January February 8, 2021;2. Defendants shall file their Reply in Support of their Motion(s) for Summary Judgment and Response(s) to any cross Motion(s) for Summary Judgment on or before March 11, 2021; and3. Plaintiffs shall file their Reply in Support of any cross Motion(s) for Summary Judgment on or before April 2, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 02/03/2021) | |
| ☐ Online | 41 | 02/08/2021 | Consent MOTION to Amend/Correct 40 Order on Motion to Amend/Correct,,, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 2/22/2021 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 02/08/2021) | |
| | 42 | 02/09/2021 | PAPERLESS ORDER granting 41 Plaintiffs' Consent Motion to Modify Scheduling Order. The Court finds good cause to amend the current 27 | |

12/18/23, 12:53 PM      advance.lexis.com/documentprint/documentprintclick/?pdfmid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c510a&ecomp…

USCA11 Case: 23-10073     Document: 48     Date Filed: 12/19/2023     Page: 11 of 27

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | Scheduling Order, as amended. The parties shall adhere to following amended deadlines:1. Plaintiffs shall file their response to Defendants' Motion(s) for Summary Judgment and/or any cross Motion(s) for Summary Judgment on or before February 16, 2021;2. Defendants shall file their Reply in Support of their Motion(s) for Summary Judgment and Response(s) to any cross Motion(s) for Summary Judgment on or before March 17, 2021; and3. Plaintiffs shall file their Reply in Support of any cross Motion(s) for Summary Judgment on or before April 8, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 02/09/2021) | |
| Online | 43 | 02/16/2021 | Unopposed MOTION to Seal Certain Exhibits per Local Rule 5.4 by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order (Knopf, Andrew) (Entered: 02/16/2021) | |
| Online | 44 | 02/16/2021 | Plaintiff's MOTION for Hearing Status Conference, Plaintiff's MOTION to Stay Briefing ( Responses due by 3/2/2021) by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 02/16/2021) | |
| Free | 45 | 02/16/2021 | RESPONSE in Opposition re 44 Plaintiff's MOTION for Hearing Status ConferencePlaintiff's MOTION to Stay Briefing filed by Department of Homeland Security, Department of State. Replies due by 2/23/2021. (Attachments: # 1 Exhibit Plaintiffs' Counsel's Twitter Feed, # 2 Exhibit Email Exchange between Plaintiffs' Counsel and AUSA)(Raurell, Carlos) (Entered: 02/16/2021) | |
| Online | 46 | 02/16/2021 | NOTICE by Department of Homeland Security, Department of State re 45 Response in Opposition to Motion, of Filing Supplement to Exhibit A (Attachments: # 1 Exhibit Additional Tweets by Plaintiff's Counsel) (Raurell, Carlos) (Entered: 02/16/2021) | |
| Online | 47 | 02/17/2021 | REPLY to Response to Motion re 44 Plaintiff's MOTION for Hearing Status ConferencePlaintiff's MOTION to Stay Briefing filed by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Exhibit A)(Knopf, Andrew) (Entered: 02/17/2021) | |
| | 48 | 02/25/2021 | PAPERLESS ORDER granting 43 Plaintiffs' Unopposed Motion to File Certain Exhibits Under Seal. Plaintiffs may file certain exhibits to their dispositive briefs under seal. Signed by Judge Darrin P. Gayles (jsi) (Entered: 02/25/2021) | |
| | 49 | 02/25/2021 | PAPERLESS ORDER granting 44 Plaintiffs' Motion for Status Conference and deferring ruling on 44 Plaintiffs' Motion to Stay Briefing. The parties shall attend a Telephonic Status Conference before Judge Darrin P. Gayles on March 17, 2021, at 10:00 A.M. Counsel shall enter their appearances telephonically using the following dial-in information: Dial-in Number 888-273-3658; Access Code 7032614; Security Code 5170. Please dial in at least ten minutes before the Telephonic Status Conference begins and wait until your case is called. Signed by Judge Darrin P. Gayles (jsi) (Entered: 02/25/2021) | |
| | 50 | 03/17/2021 | PAPERLESS Minute Entry for proceedings held before Judge Darrin P. Gayles: Telephonic Status Conference held at 10:00 A.M. on March 17, 2021, regarding 44 Plaintiffs' Motion for Status Conference and to Stay Briefing. Attorney Appearances: Carlos Javier Raurell and Kelly McClanahan. Court Reporter: Patricia Diaz, 305-523-5178 / Patricia_Diaz@flsd.uscourts.gov. (jsi) (Entered: 03/17/2021) | |

12/18/23, 12:53 PM                      advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USCA11 Case: 23-10073      Document: 48      Date Filed: 12/19/2023      Page: 12 of 27

| | Availability | | Date | Docketing Text | Source |
|---|---|---|---|---|---|
| | | 51 | 03/17/2021 | PAPERLESS ORDER REOPENING CASE. Signed by Judge Darrin P. Gayles (jsi) (Entered: 03/17/2021) | |
| | | 52 | 03/17/2021 | PAPERLESS ORDER denying 44 Plaintiffs' Motion to Stay Briefing for the reasons stated during the Telephonic Status Conference on March 17, 2021.Plaintiffs shall respond to 29 Defendants' Motion for Summary Judgment on or before March 31, 2021. Defendants shall file their reply on or before April 7, 2021. The parties' filings shall comply with all requirements detailed in the Court's 5 Notice of Court Practice, which requires filings to be double-spaced and in Times New Roman 12-point typeface. Signed by Judge Darrin P. Gayles (jsi) (Entered: 03/17/2021) | |
| ☐ | Online | 53 | 03/25/2021 | TRANSCRIPT of Telephonic Status Conference held on 03/17/21 before Judge Darrin P. Gayles, 1-27 pages, Court Reporter: Patricia Diaz, 305-523-5178 / Patricia_Diaz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/15/2021. Redacted Transcript Deadline set for 4/26/2021. Release of Transcript Restriction set for 6/23/2021. (pdz) (Entered: 03/25/2021) | |
| ☐ | Free | 54 | 03/26/2021 | NOTICE by Department of Homeland Security re 29 Defendant's MOTION for Summary Judgment (of filing Declaration Regarding ICE's Production of Records to Plaintiffs (Attachments: # 1 Exhibit Declaration of Fernando Pineiro, # 2 Appendix Ex 1 to Pineiro Decl., # 3 Appendix Ex 2 to Pineiro Decl., # 4 Appendix Ex 3 to Pineiro Decl., # 5 Appendix Ex 4 to Pineiro Decl., # 6 Appendix Ex 5 to Pineiro Decl.) (Raurell, Carlos) (Entered: 03/26/2021) | |
| ☐ | Online | 55 | 03/31/2021 | Unopposed MOTION to Amend/Correct Motion to Modify Scheduling Order by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 4/14/2021 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 03/31/2021) | |
| | | 56 | 04/01/2021 | PAPERLESS ORDER granting 55 Plaintiffs' Unopposed Motion to Modify Scheduling Order. The Court finds good cause to amend the current 27 Scheduling Order, as amended. The parties shall adhere to following amended deadlines:1. Plaintiffs shall file their response to Defendants' 29 Motion for Summary Judgment and/or any cross Motion for Summary Judgment on or before April 2, 2021;2. Defendants shall file their Reply in Support of their Motion for Summary Judgment and Response to any cross Motion for Summary Judgment on or before April 9, 2021; and3. Plaintiffs shall file their Reply in Support of any cross Motion for Summary Judgment on or before April 16, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 04/01/2021) | |
| ☐ | Online | 57 | 04/02/2021 | Plaintiff's MOTION to Amend/Correct 56 Order on Motion to Amend/Correct,,, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 4/16/2021 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/02/2021) | |
| | | 58 | 04/06/2021 | PAPERLESS ORDER granting 57 Plaintiffs' Motion to Modify Scheduling Order. The Court finds good cause to amend the current 27 Scheduling Order, as amended. The parties shall adhere to following amended deadlines:1. Plaintiffs shall file their response to Defendants' 29 Motion for Summary Judgment and/or any cross Motion for Summary Judgment | |

| | Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|---|
| | | | | on or before April 6, 2021;2. Defendants shall file their Reply in Support of their Motion for Summary Judgment and Response to any cross Motion for Summary Judgment on or before April 13, 2021; and3. Plaintiffs shall file their Reply in Support of any cross Motion for Summary Judgment on or before April 20, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 04/06/2021) | |
| | | | 04/06/2021 | SYSTEM ENTRY - Docket Entry 59 [misc] restricted/sealed until further notice. (986202) (Entered: 04/06/2021) | |
| ☐ | Online | 60 | 04/09/2021 | Unopposed MOTION for Leave to File Excess Pages by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/09/2021) | |
| ☐ | Free | 61 | 04/09/2021 | RESPONSE in Opposition re 29 Defendant's MOTION for Summary Judgment filed by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Replies due by 4/16/2021. (Attachments: # 1 Exhibit L - 2d ICE response letter, # 2 Exhibit M - Litigation Considerations excerpts, # 3 Exhibit M - Advanced FOIA Litigation excerpts, # 4 Exhibit O - 3d USCIS response, # 5 Exhibit P - CJIS report, # 6 Exhibit Q - OBIM ADIS response, # 7 Exhibit R - Heyman testimony, # 8 Exhibit S - USCIS FOIA Guide excerpts, # 9 Text of Proposed Order) (Knopf, Andrew) (Entered: 04/09/2021) | |
| ☐ | Free | 62 | 04/09/2021 | Cross MOTION for Summary Judgment by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 4/23/2021 (Attachments: # 1 Exhibit L - 2d ICE response letter, # 2 Exhibit M - Litigation Considerations excerpts, # 3 Exhibit N - Advanced FOIA Litigation excerpts, # 4 Exhibit O - 3d USCIS response, # 5 Exhibit P - CJIS report, # 6 Exhibit Q - OBIM ADIS response, # 7 Exhibit R - Heyman testimony, # 8 Exhibit S - USCIS FOIA Guide excerpts, # 9 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/09/2021) | |
| ☐ | Free | 63 | 04/09/2021 | Plaintiff's MOTION to Amend/Correct 58 Order on Motion to Amend/Correct,,, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 4/23/2021 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/09/2021) | |
| ☐ | Free | 64 | 04/11/2021 | Partially Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 61 Response in Opposition to Motion,, 62 Cross MOTION for Summary Judgment by Department of Homeland Security, Department of State. Responses due by 4/26/2021 (Raurell, Carlos) Modified Relief on 4/12/2021 (ls). (Entered: 04/11/2021) | |
| | | 65 | 04/12/2021 | Clerks Notice to Filer re 64 Defendant's MOTION for Extension of Time to file Reply in Support of Motion for Summary Judgment and to Disallow Further Reply from Plaintiffs re 61 Response in Opposition to Motion,, 62 Cross MOTION for Summary Judgment . Wrong Motion Relief(s) Selected; ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 04/12/2021) | |
| ☐ | Free | 66 | 04/12/2021 | Unopposed MOTION to Strike 29 Defendant's MOTION for Summary Judgment and Replace Exhibit 2 in Defendants' Motion for Summary Judgment by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 4/26/2021 (Attachments: # | |

12/18/23, 12:53 PM    advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp…

USCA11 Case: 23-10073    Document: 48    Date Filed: 12/19/2023    Page: 14 of 27

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | 1 Exhibit Eggleston Decl. (redacted), # 2 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/12/2021) | |
| | 67 | 04/12/2021 | PAPERLESS ORDER granting 63 Plaintiffs' Nunc Pro Tunc Unopposed Motion to Modify Scheduling Order. The Court finds good cause to amend the current 27 Scheduling Order, as amended. The parties shall adhere to following amended deadlines:1. Plaintiffs shall file their response to Defendants' 29 Motion for Summary Judgment and/or any cross Motion for Summary Judgment on or before April 9, 2021;2. Defendants shall file their Reply in Support of their Motion for Summary Judgment and Response to any cross Motion for Summary Judgment on or before April 16, 2021; and3. Plaintiffs shall file their Reply in Support of any cross Motion for Summary Judgment on or before April 23, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 04/12/2021) | |
| | 68 | 04/12/2021 | PAPERLESS ORDER granting 60 Plaintiffs' Unopposed Motion for Leave to File Excess Pages in Their Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment. Plaintiffs' 61 Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment shall not exceed twenty-five (25) pages. Plaintiffs' 62 Cross-Motion for Summary Judgment shall not exceed twenty-five (25) pages. Signed by Judge Darrin P. Gayles (jsi) (Entered: 04/12/2021) | |
| | 69 | 04/12/2021 | PAPERLESS ORDER granting in part and denying in part 64 Defendants' Partially Unopposed Motion for Modification of Briefing Schedule. The Motion is DENIED as to Defendants' request to modify the briefing schedule. Plaintiffs' shall be permitted to file a Reply in support of their 62 Cross-Motion for Summary Judgment.The Motion is GRANTED as to Defendants' request for an extension of time to file a Reply in support of their 29 Motion for Summary Judgment. The Court finds good cause to amend the current 27 Scheduling Order, as amended. The parties shall adhere to following amended deadlines:1. Defendants shall file their Reply in support of their 29 Motion for Summary Judgment and Response in opposition to 62 Plaintiffs' Cross-Motion for Summary Judgment on or before June 14, 2021; and2. Plaintiffs shall file their Reply in support of their 62 Cross-Motion for Summary Judgment on or before June 28, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 04/12/2021) | |
| ☐ Free | 70 | 04/12/2021 | RESPONSE in Opposition re 64 Partially Unopposed Motion for Extension of Time to File Response/Reply/Answer as to 61 Response in Opposition to Motion,, 62 Cross MOTION for Summary Judgment filed by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Replies due by 4/19/2021. (Attachments: # 1 Exhibit A - Bahr declaration, # 2 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/12/2021) | |
| | | 04/12/2021 | Reset Deadlines as to 29 Defendant's MOTION for Summary Judgment , Replies due by 4/16/2021. As to 62 Cross MOTION for Summary Judgment . Replies due by 4/23/2021. (ls)(per DE #67) (Entered: 04/13/2021) | |
| | | 04/12/2021 | Reset Deadlines as to 29 Defendant's MOTION for Summary Judgment , Replies due by 6/14/2021. As to 62 Cross MOTION for Summary | |

12/18/23, 12:53 PM       advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USCA11 Case: 23-10073     Document: 48     Date Filed: 12/19/2023     Page: 15 of 27

| | Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|---|
| | | | | Judgment . Responses due by 6/14/2021 and Replies due by 6/28/2021. (ls)(per DE #69) (Entered: 04/13/2021) | |
| | | 71 | 04/15/2021 | PAPERLESS ORDER granting 66 Plaintiffs' Unopposed Motion to Strike and Replace Exhibit. The Declaration of Jill A. Eggleston [29-2] attached to 29 Defendants' Motion for Summary Judgment is STRIKEN. The Clerk shall replace Docket Entry 29-2 with Docket Entry 66-1, the redacted version of the Declaration of Jill A. Eggleston. Signed by Judge Darrin P. Gayles (jsi) (Entered: 04/15/2021) | |
| | | 72 | 04/15/2021 | CLERK'S PAPERLESS NOTICE of Compliance re 71 Order on Motion to Strike, (ra) (Entered: 04/15/2021) | |
| ☐ | Online | 73 | 04/27/2021 | Corrected Transcript and Notice of Correction of Corrected Transcript of Telephonic Status Conference held on 03/17/2021 before Judge Darrin P. Gayles, 1-26 pages, re: 53 Transcript, Court Reporter: Patricia Diaz, 305-523-5178 / Patricia_Diaz@flsd.uscourts.gov. (pdz) (Entered: 04/27/2021) | |
| ☐ | Free | 74 | 06/14/2021 | RESPONSE in Opposition re 62 Cross MOTION for Summary Judgment and REPLY in Further Support of Defendants' Motion for Summary Judgment filed by Department of Homeland Security, Department of State. Replies due by 6/21/2021. (Attachments: # 1 Exhibit Second Stein Declaration, # 2 Exhibit Plaintiff Machado's FOIA Request to OBIM) (Raurell, Carlos) (Entered: 06/14/2021) | |
| ☐ | Free | 75 | 07/08/2021 | REPLY to Response to Motion re 62 Cross MOTION for Summary Judgment filed by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Exhibit T - 2d OBIM letter, # 2 Exhibit U - Ex. L full, # 3 Exhibit V - 1st OBIM letter)(Knopf, Andrew) Modified/Stricken per DE 76 on 7/16/2021 (pes). Modified by removing stricken per DE 82 Vacating DE 76 Order on 8/17/2021 (mc). (Entered: 07/09/2021) | |
| | | 76 | 07/15/2021 | (VACATED per DE 82) PAPERLESS ORDER striking 75 Plaintiffs' Reply in Support of Their Cross-Motion for Summary Judgment. As stated in the Court's 69 Order on April 12, 2021, Plaintiffs' Reply was due on June 28, 2021. Plaintiffs untimely filed their Reply on July 8, 2021, and failed to seek leave from the Court to extend the deadline. Signed by Judge Darrin P. Gayles (jsi) Modified text on 8/17/2021 (mc). (Entered: 07/15/2021) | |
| ☐ | Online | 77 | 07/29/2021 | Plaintiff's MOTION for Extension of Time to File Response/Reply/Answer as to 75 Reply to Response to Motion, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 07/29/2021) | |
| | | 78 | 08/04/2021 | PAPERLESS ORDER regarding 77 Plaintiffs' Nunc Pro Tunc Motion for Enlargement of Time within which to File their Reply in Support of their Cross-Motion for Summary Judgment (the "Motion"). Defendants shall file a response to the Motion on or before August 9, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 08/04/2021) | |
| ☐ | Online | 79 | 08/05/2021 | RESPONSE to Motion re 77 Plaintiff's MOTION for Extension of Time to File Response/Reply/Answer as to 75 Reply to Response to Motion, filed by Department of Homeland Security, Department of State. Replies due by 8/12/2021. (Raurell, Carlos) (Entered: 08/05/2021) | |
| ☐ | Online | 80 | 08/06/2021 | NOTICE by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez re 79 Response to Motion, of Non-Reply (Knopf, Andrew) | |

12/18/23, 12:53 PM      advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USCA11 Case: 23-10073      Document: 48      Date Filed: 12/19/2023      Page: 16 of 27

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | (Entered: 08/06/2021) | |
| | 81 | 08/17/2021 | PAPERLESS ORDER granting 77 Plaintiffs' Nunc Pro Tunc Motion for Enlargement of Time Within Which to File Their Reply in Support of Their Cross-Motion for Summary Judgment. Plaintiffs' 75 Reply in Support of Their Cross-Motion for Summary Judgment shall be considered timely filed as of July 8, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 08/17/2021) | |
| | 82 | 08/17/2021 | PAPERLESS ORDER vacating the Court's 76 Order on July 15, 2021, pursuant to its 81 Order on August 17, 2021. Signed by Judge Darrin P. Gayles (jsi) (Entered: 08/17/2021) | |
| | 83 | 12/06/2021 | PAPERLESS ORDER REFERRING MOTIONS to Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendation on 29 Defendants' Motion for Summary Judgment and 62 Plaintiffs' Cross-Motion for Summary Judgment. Signed by Judge Darrin P. Gayles on 12/6/2021. (jsi) (Entered: 12/06/2021) | |
| | 84 | 12/17/2021 | PAPERLESS ORDER Setting Hearing on 29 Defendant's MOTION for Summary Judgment , 62 Cross MOTION for Summary Judgment for 2/9/22 at 10:30 AM in Miami Division before Magistrate Judge Alicia M. Otazo-Reyes. The hearing will be conducted by Zoom Conference. Conference instructions will be provided to counsel via e-mail. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 12/17/2021. (kvz) (Entered: 12/17/2021) | |
| | 85 | 02/09/2022 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Motion Hearing held via ZOOM on 2/9/2022 re 29 Defendant's MOTION for Summary Judgment filed by Department of Homeland Security, Department of State, 62 Cross MOTION for Summary Judgment filed by Jose Munoz, Guillermo Sencion, Ivan Jimenez, Miguel Vasquez, Juan Machado. Report and Recommendation to follow. Total time in court: 2 hour(s) : 50 minutes. Attorney Appearance(s): Kelly McClanahan for the Plaintiffs; Carlos Javier Raurell for the Defendants. Zoom recording AOR_01_2/9/22. (wc) (Entered: 02/09/2022) | |
| ☐ Free | 86 | 02/24/2022 | REPORT AND RECOMMENDATION re 29 Defendants' MOTION for Summary Judgment; 62 Cross-MOTION for Summary Judgment filed by Jose Munoz, Guillermo Sencion, Ivan Jimenez, Miguel Vasquez, Juan Machado. Objections to R&R due by 3/10/2022. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 2/24/2022. See attached document for full details. (kvz) (Entered: 02/24/2022) | |
| ☐ Online | 87 | 02/24/2022 | Plaintiff's MOTION for Extension of Time to file their objections re 86 REPORT AND RECOMMENDATIONS re 29 Defendant's MOTION for Summary Judgment filed by Department of Homeland Security, Department of State, 62 Cross MOTION for Summary Judgment filed by Jose Munoz, Guillermo Sencion, Iva by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Responses due by 3/10/2022 (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 02/24/2022) | |
| | 88 | 02/25/2022 | PAPERLESS ORDER denying without prejudice 87 Plaintiffs' Motion for Enlargement of Time Within Which to File Their Objections to the Report and Recommendation for failure to fully comply with S.D. Fla. L.R. 7.1(a)(3). Plaintiffs fail to identify with specificity their reasonable effort(s) to confer (including the date, time, and manner of each effort) and thus fail | |

12/18/23, 12:53 PM     advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USCA11 Case: 23-10073     Document: 48     Date Filed: 12/19/2023     Page: 17 of 27

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | to fully comply with S.D. Fla. L.R. 7.1(a)(3). Therefore, the Motion must be denied without prejudice. Signed by Judge Darrin P. Gayles on 2/25/2022. (jsi) (Entered: 02/25/2022) | |
| Free | 89 | 03/02/2022 | MOTION for Extension of Time to File Response/Reply/Answer as to 86 REPORT AND RECOMMENDATIONS re 29 Defendant's MOTION for Summary Judgment filed by Department of Homeland Security, Department of State, 62 Cross MOTION for Summary Judgment filed by Jose Munoz, Guillermo Sencion, Iva by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 03/02/2022) | |
| | 90 | 03/03/2022 | PAPERLESS ORDER granting 89 Plaintiffs' Motion for Enlargement of Time Within Which to File Their Objections to the Report and Recommendation. Plaintiffs shall file any objections to Magistrate Judge Alicia M. Otazo-Reyes's 86 Report and Recommendation on or before April 8, 2022. This matter is STAYED and CLOSED for administrative purposes pending the filing of the objections. Signed by Judge Darrin P. Gayles on 3/3/2022. (jsi) (Entered: 03/03/2022) | |
| Online | 91 | 03/16/2022 | TRANSCRIPT of Motion Hearing (Via Videoconference) held on 2/9/22 before Magistrate Judge Alicia M. Otazo-Reyes, 1-107 pages, Court Reporter: Bonnie J. Lewis, 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/6/2022. Redacted Transcript Deadline set for 4/18/2022. Release of Transcript Restriction set for 6/14/2022. (hh) (Entered: 03/17/2022) | |
| Online | 92 | 04/06/2022 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 86 REPORT AND RECOMMENDATIONS re 29 Defendant's MOTION for Summary Judgment filed by Department of Homeland Security, Department of State, 62 Cross MOTION for Summary Judgment filed by Jose Munoz, Guillermo Sencion, Iva by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/06/2022) | |
| | 93 | 04/12/2022 | PAPERLESS ORDER granting 92 Plaintiffs' Unopposed Motion for Enlargement of Time Within Which to File Their Objections to the Report and Recommendation. Plaintiffs shall file their Objections to Judge Alicia M. Otazo-Reyes's 86 Report and Recommendation on Cross-Motions for Summary Judgment on or before April 13, 2022. Signed by Judge Darrin P. Gayles on 4/12/2022. (jsi) (Entered: 04/12/2022) | |
| Online | 94 | 04/13/2022 | MOTION for Leave to File Excess Pages by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/13/2022) | |
| Online | 95 | 04/13/2022 | RESPONSE in Opposition re 94 MOTION for Leave to File Excess Pages filed by Department of Homeland Security, Department of State. Replies due by 4/20/2022. (Raurell, Carlos) (Entered: 04/13/2022) | |
| | 96 | 04/13/2022 | PAPERLESS ORDER granting in part and denying in part 94 Plaintiffs' Motion for Leave to Exceed Page Limit. Plaintiffs' Objections shall not exceed twenty-five (25) pages. The Government's Response to the Objections shall not exceed twenty-five (25) pages. Signed by Judge Darrin P. Gayles on 4/13/2022. (jsi) (Entered: 04/13/2022) | |

12/18/23, 12:53 PM      advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USCA11 Case: 23-10073    Document: 48    Date Filed: 12/19/2023    Page: 18 of 27

| | Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|---|
| ☐ | Online | 97 | 04/13/2022 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 86 REPORT AND RECOMMENDATIONS re 29 Defendant's MOTION for Summary Judgment filed by Department of Homeland Security, Department of State, 62 Cross MOTION for Summary Judgment filed by Jose Munoz, Guillermo Sencion, Iva by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/13/2022) | |
| | | 98 | 04/14/2022 | PAPERLESS ORDER granting 97 Plaintiffs' Unopposed Motion for Enlargement of Time Within Which to File Their Objections to the Report and Recommendation. Plaintiffs shall file their Objections to Magistrate Judge Alicia M. Otazo-Reyes' 86 Report and Recommendation on Cross-Motions for Summary Judgment on or before April 14, 2022. Signed by Judge Darrin P. Gayles on 4/14/2022. (jsi) (Entered: 04/14/2022) | |
| ☐ | Free | 99 | 04/15/2022 | OBJECTIONS to 86 Report and Recommendations by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Knopf, Andrew) (Entered: 04/15/2022) | |
| ☐ | Online | 100 | 04/15/2022 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 86 REPORT AND RECOMMENDATIONS re 29 Defendant's MOTION for Summary Judgment filed by Department of Homeland Security, Department of State, 62 Cross MOTION for Summary Judgment filed by Jose Munoz, Guillermo Sencion, Iva by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. (Attachments: # 1 Text of Proposed Order)(Knopf, Andrew) (Entered: 04/15/2022) | |
| | | 101 | 04/15/2022 | PAPERLESS ORDER granting 100 Plaintiffs' Unopposed Nunc Pro Tunc Motion for Enlargement of Time Within Which to File Their Objections to the Report and Recommendation. Plaintiffs' 99 Objections to Magistrate Judge Alicia M. Otazo-Reyes' 86 Report and Recommendation on Cross-Motions for Summary Judgment shall be considered timely filed as of April 15, 2022. Signed by Judge Darrin P. Gayles on 4/15/2022. (jsi) (Entered: 04/15/2022) | |
| ☐ | Free | 102 | 04/29/2022 | RESPONSE TO OBJECTION to 86 Report and Recommendations by Department of Homeland Security, Department of State. (Raurell, Carlos) (Entered: 04/29/2022) | |
| ☐ | Free | 103 | 11/03/2022 | ORDER: Report and Recommendation DE 86 is AFFIRMED AND ADOPTED. Defendants' Motion for Summary Judgment, DE 29 , is GRANTED. Plaintiffs' Cross-Motion for Summary Judgment, DE 62 , is DENIED. Signed by Judge Darrin P. Gayles on 11/3/2022. See attached document for full details. (mab) (Entered: 11/03/2022) | |
| ☐ | Online | 104 | 01/02/2023 | Notice of Appeal to Court of Appeals as to 103 Order Adopting Report and Recommendations,, Order on Motion for Summary Judgment,, Order on Report and Recommendations,,, by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez. Filing fee $ 505.00 receipt number AFLSDC-16208180. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Knopf, Andrew) (Entered: 01/02/2023) | |

12/18/23, 12:53 PM      advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USCA11 Case: 23-10073     Document: 48     Date Filed: 12/19/2023     Page: 19 of 27

| | Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|---|
| | | | 01/09/2023 | Transmission of Notice of Appeal, Order and Docket Sheet to US Court of Appeals re 104 Notice of Appeal, Notice has been electronically mailed. (kpe) (Entered: 01/09/2023) | |
| ☐ | Online | 105 | 01/12/2023 | Acknowledgment of Receipt of NOA from USCA re 104 Notice of Appeal, filed by Jose Munoz, Guillermo Sencion, Ivan Jimenez, Miguel Vasquez, Juan Machado. Date received by USCA: 01/09/2023. USCA Case Number: 23-10073-C. (jes) (Entered: 01/12/2023) | |
| ☐ | Online | 106 | 01/30/2023 | TRANSCRIPT INFORMATION FORM by Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion, Miguel Vasquez re 104 Notice of Appeal. All necessary transcript(s) already on file. No Transcript Requested. (Knopf, Andrew) Modified text on 1/31/2023 (apz). (Entered: 01/30/2023) | |
| ☐ | Online | 107 | 09/12/2023 | ORDER of DISMISSAL from USCA (APPEAL REINSTATED ON 9/20/2023 PER DE 108 USCA ORDER). This appeal is hereby DISMISSED for want of prosecution because the appellant Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion and Miguel Vasquez has failed to file an appellant's brief within the time fixed by the rules, effective September 12, 2023 re 104 Notice of Appeal, filed by Jose Munoz, Guillermo Sencion, Ivan Jimenez, Miguel Vasquez, Juan Machado. USCA #23-10073-CC (jgo) Modified text on 9/22/2023 (apz). (Entered: 09/12/2023) | |
| ☐ | Online | 108 | 09/20/2023 | Appeal Reinstated USCA Case Number: 23-10073-CC for 104 Notice of Appeal, filed by Jose Munoz, Guillermo Sencion, Ivan Jimenez, Miguel Vasquez, Juan Machado. (apz) (Entered: 09/22/2023) | |
| | | 109 | 10/03/2023 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 104 Notice of Appeal, Appeal No. 23-10073-CC. The entire record on appeal is available electronically. (apz) (Entered: 10/03/2023) | |
| ☐ | Online | 110 | 10/18/2023 | ORDER from USCA. Appellants Unopposed Motion to Voluntarily Dismiss Guillermo Sencion and Associated Claims is GRANTED. Appellant Sencion's appeal is hereby voluntarily DISMISSED and co-Appellants' appeal is DISMISSED IN PART as to Counts 3, 6, and 9 re 104 Notice of Appeal, filed by Jose Munoz, Guillermo Sencion, Ivan Jimenez, Miguel Vasquez, Juan Machado. USCA 23-10073-CC (jgo) (Entered: 10/19/2023) | |

Retrieve Document(s)

▼ Judgments

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 11/03/2022 | Department of Homeland Security | Ivan Jimenez | $ 0.00 Final Judgment is entered in favor of Defendants as to Counts IX | 0.00% | $ 0.00 | No Payment | 11/03/2022 |
| 11/03/2022 | Department of Homeland Security | Juan Machado | $ 0.00 Final Judgment is entered in favor of Defendants as to Counts IX | 0.00% | $ 0.00 | No Payment | 11/03/2022 |
| 11/03/2022 | Department of Homeland Security | Jose Munoz | $ 0.00 Final Judgment is entered in favor of Defendants as to Counts IX | 0.00% | $ 0.00 | No Payment | 11/03/2022 |
| 11/03/2022 | Department of Homeland Security | Guillermo Sencion | $ 0.00 Final Judgment is entered in favor of Defendants as to Counts IX | 0.00% | $ 0.00 | No Payment | 11/03/2022 |

12/18/23, 12:53 PM                 advance.lexis.com/documentprint/documentprintclick/?pdmfid=1519217&crid=aafe131f-43b3-4a50-8115-878ff7c7510a&ecomp...

USGA11 Case: 23-10073          Document: 48          Date Filed: 12/19/2023          Pages: 20 of 27

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|------|-------------|---------|--------|----------|-----------|--------|-------------|
| 11/03/2022 | Department of State | Ivan Jimenez | $ 0.00 Final Judgment is entered in favor of Defendants as to Counts IX | 0.00% | $ 0.00 | No Payment | 11/03/2022 |
| 11/03/2022 | Department of State | Juan Machado | $ 0.00 Final Judgment is entered in favor of Defendants as to Counts IX | 0.00% | $ 0.00 | No Payment | 11/03/2022 |
| 11/03/2022 | Department of State | Jose Munoz | $ 0.00 Final Judgment is entered in favor of Defendants as to Counts IX | 0.00% | $ 0.00 | No Payment | 11/03/2022 |
| 11/03/2022 | Department of State | Guillermo Sencion | $ 0.00 Final Judgment is entered in favor of Defendants as to Counts IX | 0.00% | $ 0.00 | No Payment | 11/03/2022 |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**Content Type:** Dockets

**Terms:** 19cv21546

**Narrow By:** -None-

**Date and Time:** Dec 18, 2023  12:53:11 p.m. EST



Print

Cookie Policy

Terms & Conditions

# DE 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21546-CIV-GAYLES

IVAN JIMENEZ, JUAN MACHADO,
JOSE MUNOZ, GUILLERMO SENCION, and
MIGUEL VAZQUEZ,

       Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and UNITED STATES
DEPARTMENT OF STATE,

       Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants, U.S. Department of Homeland Security and U.S. Department of State, by and through the undersigned Assistant United States Attorney, moves for a 30-day extension of time to respond to Plaintiffs' Complaint in this action.  In support of this motion, Defendants state the following:

Plaintiffs brought this action against DHS and the State Department under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA).  Plaintiff alleges that two of DHS's components, U.S. Citizenship and Immigration Services and the Office of Biometric Information Management, and the State Department violated FOIA by either failing to respond or failing to properly process various  FOIA requests for records about Plaintiffs Machado, Munoz, Sencion and Vazquez.

Plaintiff filed its Complaint in this action on April 23, 2019.  Plaintiff served a copy of the Complaint and Summons upon the U.S. Attorney's Office for the Southern District of Florida by mail on May 3, 2019.  Pursuant to FOIA, a response to the Complaint is due on June 3, 2019. The undersigned has been in contact with his counterparts within the Defendant federal agencies and is working with the agencies to promptly provide Plaintiffs all information to which they are entitled under FOIA before a response to the Complaint is due.  It is hoped that many, if not all,

of Plaintiffs' claims can be rendered moot, thus limiting, if not eliminating, the need for judicial intervention. To allow for this process, Defendants respectfully seek a 30-day extension of time to respond to Plaintiffs' Complaint.

On May 21, 2019, the undersigned conferred by telephone with Plaintiff's counsel, Mr. Kelly McClanahan. Mr. McClanahan has authorized the undersigned to indicate that Plaintiffs do not oppose the relief requested herein.

WHEREFORE, Defendants respectfully requests an extension of time, through July 3, 2019, to respond to Plaintiffs' Complaint. A proposed Order is attached and will be emailed to Chambers.

Dated:  May 22, 2019                    Respectfully submitted,
Miami, Florida

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

                                  By:   /s/ Carlos Raurell
                                        Carlos Raurell
                                        Assistant United States Attorney
                                        Florida Bar No. 529893
                                        Carlos.Raurell@usdoj.gov
                                        United States Attorney's Office
                                        99 NE 4th Avenue, Suite 300
                                        Miami, Florida 33132
                                        Telephone: (305) 961-9243
                                        Facsimile: (305) 530-7139
                                        Attorneys for the Defendants


                        **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 22, 2019, I filed the foregoing document with the Clerk of the Court, using the CM/ECF system.

                                         /s/ Carlos Raurell
                                        CARLOS RAURELL
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21546-CIV-GAYLES

IVAN JIMENEZ, JUAN MACHADO,
JOSE MUNOZ, GUILLERMO SENCION, and
MIGUEL VAZQUEZ,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and UNITED STATES
DEPARTMENT OF STATE,

      Defendants.

_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR 30-DAY
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

This matter is before the Court on Defendants' unopposed motion for a 30-day extension
of time to respond to Plaintiffs' Complaint.  The Court has considered the Motion and is duly
advised in the premises. It is hereby

ORDERED that Defendants' Motion is GRANTED. Defendants shall respond to
Plaintiff's Complaint on or before July 3, 2019.

DONE and ORDERED in Chambers, Miami, Florida, this _____ day of February, 2019.


_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

DE 14

## **DE 14**

05/24/2019

PAPERLESS ORDER granting 12 Defendant's Unopposed Motion for 30-day Extension of Time to Respond to Plaintiffs' Complaint. In light of Defendant's representations in the Motion, this case shall be administratively closed. The parties shall file a status report on or before July 3, 2019, advising the Court as to Defendant's progress in providing Plaintiffs with the requested documents. The parties shall continue to file status reports with the Court every sixty (60) days thereafter. Either party may move to reopen when warranted. Signed by Judge Darrin P. Gayles (lfn) (Entered: 05/24/2019)

**CERTIFICATE OF SERVICE**

I hereby certify that two copies of the foregoing Supplemental Appendix for the United States were mailed to the Court of Appeals via Federal Express this 19th day of December 2023, and that, on the same day, the foregoing appendix was filed using CM/ECF and served via CM/ECF on: Kelly B. McClanahan, Esq., counsel for Ivan Jimenez, Juan Machado, Jose Munoz, Guillermo Sencion and Miguel Vasquez.

s/ *Brittany Bull Panuccio*
Brittany Bull Panuccio
Assistant United States Attorney

*mw*