UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| IVAN JIMENEZ, *et al.*, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | Case No. 23-10073 |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY BRIEF**

Appellants hereby request a three-day extension of the deadline for filing their Reply Brief, until 12 January 2024. This brief is due today, 9 January. Appellees do not oppose this Motion.

Appellants have good cause to request this extension. The undersigned was informed this morning that the schools in his area are closing in the middle of the day due to expected inclement weather, meaning that he will need to care for them at home. While he would normally only request a one-day extension in this circumstance, since he was already planning on filing this brief today, he will be unable to work on it tomorrow or Thursday due to previously scheduled commitments. The undersigned apologizes to the Court for not requesting this extension earlier, but he did not learn of the problem until this morning.

This is the first extension requested for this brief.

Date: January 9, 2024

                                                    Respectfully submitted,

                                                     /s/ Kelly B. McClanahan
                                                  Kelly B. McClanahan, Esq.
                                                  D.C. Bar #984704
                                                  National Security Counselors
                                                  4702 Levada Terrace
                                                  Rockville, MD  20853
                                                  301-728-5908
                                                  240-681-2189 fax
                                                  Kel@NationalSecurityLaw.org

                                                  *Counsel for Appellants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 274 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

                                                /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.