**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                                   Of Case and Names of Parties

May 9, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 9, 2024, IN MIAMI, FLORIDA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #21.*

| Case No. | Case |
|---|---|
| 23-11791 | Tania Lopez v. Costco Wholesale Corp. (REVISED ARGUMENT DATE) |
| 23-10794 | United States v. Javarese Holmes (REVISED ARGUMENT DATE) |
| 23-10925 | United States v. Ivonne Lezcano |
| 22-13764 | United States v. Johnathan Morris (REVISED ARGUMENT DATE) |
| 23-11411 | Joseph Simone v. Secretary of Homeland Security (REVISED ARGUMENT DATE) |
| 22-13215 | United States v. Mikel Mims |
| 23-11526 | United States v. Clevon Webster |
| 23-10833 | Ricardo Martinelli Berrocal v. Attorney General of the U.S., et al. |
| 22-13945 | Elie Nehme v. Florida International University Board of Trustees |
| 22-13816 | Amaury Izquierdo, et al. v. Certain Underwriters at Lloyd's London Subscribing |
| 23-11699 | Sonny Ramdeo v. United States |
| 23-11327 | UHS of Delaware, Inc., et al. v. Secretary of Labor |
| 23-13152 | Otto Candies, LLC, et al. v. Citigroup Inc. |
| 22-13606 | United States v. Jimika Williams |
| 23-12568 | Jose Ramon Lopez Regueiro v. American Airlines, Inc., et al. |
| 23-10073 | Ivan Jimenez, et al. v. Department of Homeland Security, et al. |