**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                In Replying Give Number
Clerk                                                                                              Of Case and Names of Parties

May 23, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 23, 2024, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.*
*PLEASE REFER TO CALENDAR #23.*

| Case No. | Case |
|---|---|
| 21-14257 | Michael Cassidy v. Secretary, Florida Dept. of Corrections (Consolidated with 23-13367, Theresa Batson v. Florida Dept. of Corrections) |
| 23-11077 | EFN West Palm Motor Sales, LLC, et al. v. Hyundai Motor America (REVISED ARGUMENT DATE) |
| 23-11893 | Rockwater, Inc. v. United States (REVISED ARGUMENT DATE) |
| 22-10145 | Donna Parks v. United States (REVISED ARGUMENT DATE) |
| 23-10073 | Ivan Jimenez, et al. v. Department of Homeland Security, et al. (REVISED ARG. DATE) |
| 23-10739 | Andrew Joseph, Jr. v. Hillsborough County Sheriff, et al. (Consolidated with 23-10813, Andrew Joseph, Jr. v. Hillsborough County Sheriff) |
| 22-13907 | Stewart Parnell v. United States (REVISED ARGUMENT DATE) |
| 23-11902 | Veronica Baxter, et al. v. Carson Hendren, et al. (REVISED ARGUMENT DATE) |
| 19-14780 | United States v. Willie Hayden |
| 23-10271 | United States v. Loren Read |
| 23-11535 | Lester Jenkins, et al. v. BP Exploration & Production, Inc., et al. (Consolidated with 23-11538, Lester Jenkins v. BP Exploration & Production Inc., et al. and 23-11539, Dwight Siples, Jr., et al. v. BP Exploration & Production, Inc., et al.) |
| 23-11119 | Fane Lozman v. City of Riviera Beach, Florida |
| 23-11037 | Machelle Joseph v. Board of Regents of the University System of Georgia, et al. (Consolidated with 23-12475, Thomas Crowther v. Board of Regents of the University System of Georgia) |
| 23-10762 | H.M. v. Deputy Sheriff Nicholas Vincent Castoro, et al. |
| 23-11461 | United States v. Constantine Varazo, II |