# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10073

_____

IVAN JIMENEZ,
JUAN MACHADO,
JOSE MUNOZ,
MIGUEL VASQUEZ,

                                                          Plaintiffs-Appellants,

GUILLERMO SENCION,

                                                                Plaintiff,

*versus*

DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF STATE,

                                                       Defendants-Appellees.

_____

2　　　　　　　　　　Order of the Court　　　　　　　　　23-10073

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-21546-DPG

_____

ORDER:

    Attorney Kelsey Fraser has submitted an appearance of counsel to appear in this appeal.

    Consistent with 11th Cir. R. 34-4(e), Attorney Kelsey Fraser is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION